LORETTA STARK v. MASONIC LIFE ASSOCIATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE WOOLSON SPICE COMPANY v. COLUMBIA TRUST COMPANY, as Executor, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, v. SUGAR PRODUCTS COMPANY.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH SPECTOR v. THE NATIONAL SAFE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE N. CHERRINGTON, Suing, etc., v. GARDENS APARTMENT, INC.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EMMA B. HOLCOMBE v. KATHRYN H. McENTEE, as Executrix, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PERCY GRIFFIN and Others v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STANDARD CHEMICALS AND METALS CORPORATION v. WAUGH CHEMICAL CORPORATION.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT H. McNEILL, as Administrator, etc., v. JOHN A. SHELLITO.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DANTE GIANETTINO, an Infant, etc., v. MAKS WEISS.— Motion denied, without prejudice to a motion at Special Term for a new trial on the ground of newly-discovered evidence. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE H. RUTH v. EDUCATIONAL FILMS, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMELIA B. CHAMBERLIN v. ARTHUR B. CHAMBERLIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. COFFEY, as Administrator, etc., v. KATHERINE LEXOW.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PARADIES-CARROLL COMPANY, INC., v. FRANK LYMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.